UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5: 17-cv-47-TBR

ERIN K. CASTILLO, individually
and as Administrator of the
ESTATE of VICENTE Z. CASTILLO;
MARCARIA VICTORIA CASTILLO; and
IAN DIEGO CASTILLO,                                                                           PLAINTIFFS

v.              **AGREED ORDER OF DISMISSAL**

FULTON INVESTORS, LLC;
DIVERSICARE OF FULTON, LLC d/b/a
DIVERSICARE OF FULTON,
ROBIN CHAPPELL, in her capacity as Administrator of
DIVERSICARE OF FULTON; and
LINDSAY FRAZIER, in her capacity as Administrator of
DIVERSICARE OF FULTON,                                                                        DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The parties having agreed, as evidenced by the signatures of their counsel herein below, that Plaintiff's Complaint against Defendants Lindsay Frazier, in her capacity as Administrator of Diversicare of Fulton and Fulton Investors, LLC be DISMISSED, the Court having reviewed the record and being otherwise sufficiently advised, hereby ORDERS that:

1.   Plaintiff's Complaint against Defendants Lindsay Frazier, in her capacity as Administrator of Diversicare of Fulton and Fulton Investors, LLC is DISMISSED, with each party to pay their own costs; and

2.   This Order shall not affect Plaintiff's claims against the remaining Defendants.