ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:17-CV-47-TBR

ERIN K. CASTILLO, individually
and as Administrator of the
ESTATE of VICENTE Z. CASTILLO;
MARCARIA VICTORIA CASTILLO; and
IAN DIEGO CASTILLO,                                                                                    PLAINTIFFS

v.                        **AGREED ORDER OF DISMISSAL**

FULTON INVESTORS, LLC;
DIVERSICARE OF FULTON, LLC d/b/a
DIVERSICARE OF FULTON,
ROBIN CHAPPELL, in her capacity as Administrator of
DIVERSICARE OF FULTON; and
LINDSAY FRAZIER, in her capacity as Administrator of
DIVERSICARE OF FULTON,                                                                                 DEFENDANTS

* * * * * * * * * * * * * * * * *

Plaintiffs, Erin K. Castillo, Individually and as Administrator of the Estate of Vicente Z. Castillo; Marcaria Victoria Castillo; and Ian Diego Castillo, by counsel, and Defendants, Fulton Investors, LLC; Robin Chappell, in her capacity as Administrator of Diversicare of Fulton; Diversicare of Fulton, LLC d/b/a Diversicare of Fulton; and Lindsay Frazier, in her capacity as Administrator of Diversicare of Fulton, by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against the Defendants may be and the same is hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims among all the parties having been settled, with each party bearing their own costs and attorney's fees. There being no just cause for delay, this Order is final and appealable.